UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ESPARZA,<br><br>  Plaintiff,<br><br>  v.<br><br>HUSKY, et al.,<br><br>  Defendants. | No. 2:22-cv-00822-DAD-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND <u>RECOMMENDATIONS AND DISMISSING</u> <u>ACTION DUE TO PLAINTIFF'S FAILURE</u> <u>TO PROSECUTE</u><br><br>(Doc. No. 11) |

Plaintiff Daniel Esparza is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 7, 2022, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(b) due to plaintiff's failure to prosecute this action. (Doc. No. 11.) In particular, on July 26, 2022, the court screened plaintiff's complaint and determined that plaintiff had failed to state a cognizable claim for relief, and directed plaintiff to file an amended complaint. (Doc. No. 7.) To date, plaintiff has not filed an amended complaint or otherwise communicated with the court. The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14)

1

1 days after service. (*Id.* at 1.) To date, no objections to the findings and recommendations have
2 been filed, and the time in which to do so has now passed.
3     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
4 *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
5 findings and recommendations are supported by the record and by proper analysis.
6     Accordingly:
7     1.   The findings and recommendations issued on September 7, 2022 (Doc. No. 11) are
8          adopted in full;
9     2.   This action is dismissed, without prejudice, due to plaintiff's failure to prosecute
10         this action; and
11    3.   The Clerk of the Court is directed to close this case.
12    IT IS SO ORDERED.
13 Dated:  **November 23, 2022**              /s/ Dale A. Drozd
14                                            UNITED STATES DISTRICT JUDGE

2